# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 72 |
| | : | |
| DESIGNATION OF CHAIR AND VICE-CHAIR OF THE PENNSYLVANIA LAWYERS FUND FOR CLIENT SECURITY BOARD | : : : : | CLIENT SECURITY APPOINTMENT DOCKET |

## ORDER

**PER CURIAM**

**AND NOW**, this 14th day of January, 2020, John A. Barbour, Esquire, is hereby designated as Chair, and Barbara E. Griffin, Esquire, as Vice-Chair, of the Pennsylvania Lawyers Fund for Client Security Board, commencing April 1, 2020.